**LA SUPERLAWYERS INC.**
WILLIAM W. BLOCH, SBN 133139
9100 Wilshire Boulevard, Suite 333 East
Beverly Hills, CA 90212
Telephone: (310) 477-7767
Fax: (310) 550-6798
lasuperlawyers@gmail.com

**SOTTILE BALTAXE**
MICHAEL F. BALTAXE, SBN 129532
TIMOTHY B. SOTTILE, SBN 127026
4333 Park Terrace Dr Ste 160
Westlake Village, CA 91361
Telephone: (818) 889-0050
Fax: (818) 889-6050
tsottile@sottile-law.com
mfbaltaxe@aol.com

**MARLIN & SALTZMAN**
MARCUS BRADLEY, SBN 174156
KILEY GROMBACHER, SBN 245960
29229 Canwood Street, Suite 208
Agoura Hills, CA 91301
Telephone: (818) 991-8080
Fax: (818) 991-8081
mbradley@marlinsaltzman.com
kgrombacher@marlinsaltzman.com

Attorneys for Plaintiffs DAVID FOROUDI, an individual;
JOSEPH GASSMANN, an individual; LAURENT SIDOR, an individual;
GEORGE GERONIMO CUEVAS, an individual; and BRUNO CALANCHE
an individual, and all others similarly situated

JS - 6

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FOROUDI, an individual;  JOSEPH GASSMANN, an individual; LAURENT SIDOR, an individual; GEORGE GERONIMO CUEVAS, an individual; BRUNO CALANCHE, an individual,<br><br>            Plaintiffs,<br><br>    vs.<br><br>THE AEROSPACE CORPORATION, a California Corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | **CASE NO.  2:15-CV-01560-RGK-(MAN)**<br><br>[~~PROPOSED~~] ORDER FOR STIPULATION TO DISMISS FOURTH CAUSE OF ACTION AGAINST DEFENDANT FOR VIOLATION OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT AND TO REMAND CASE TO STATE COURT |

-1-

## [PROPOSED] ORDER

The Court, having duly considered the parties' stipulation to Plaintiff's Fourth Cause of Action for Age Discrimination in violation of the Age Discrimination in Employment act as set forth above, and good cause appearing therefor, hereby orders as follows:

1. Plaintiffs' Fourth Cause of Action for Age Discrimination in violation of the Age Discrimination in Employment Act against Defendant The Aerospace Corporation is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

2. This case is remanded to the Los Angeles County Superior Court, ~~Complex division~~, by stipulation of the parties, subject to rules of the Los Angeles Superior Court.

IT IS SO ORDERED

Dated: August 17, 2015      /s/ Gary Klausner

UNITED STATES DISTRICT JUDGE